# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| **FRANK G. SCHAFFER** | : | **CIVIL ACTION** |
| | : | |
| | : | **No. 19-1848** |

## ORDER

**AND NOW**, this 23rd day of October 2019, upon consideration of Appellant's Opening Brief (ECF Nos. 11 & 12), Appellees' Brief (ECF No. 13), and Appellant's Reply (ECF Nos. 14 & 15), it is hereby **ORDERED** that:

1. The Bankruptcy Court's orders granting partial relief to the Appellants from the automatic stay are **AFFIRMED**; and

2. All matters having been disposed of, the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
CHAD F. KENNEY, J.